```
                           United States Bankruptcy Court
                            Eastern District of New York

In re:                                                            Case No. 19-41107-cec
Kathleen D'Avonzo                                                 Chapter 7
         Debtor                  CERTIFICATE OF NOTICE

District/off: 0207-1           User: admin                Page 1 of 2           Date Rcvd: Jun 05, 2019
                               Form ID: 318DF7            Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2019.
db             Kathleen D'Avonzo,    337 Pompey Ave,    Staten Island, NY 10312-3450
smg           +NYC Department of Finance,    345 Adams Street,    Office of Legal Affairs,
                Brooklyn, NY 11201-3739
smg           +NYS Unemployment Insurance,    Attn: Insolvency Unit,    Bldg. #12, Room 256,
                Albany, NY 12240-0001
9482896        First National Bank,    ATTn: Tina,   1620 Dodge St # MSC 4440,    Omaha, NE 68197-0003
9482899       +Fnb Omaha,   PO Box 3412,   Omaha, NE 68103-0412
9482901        Gulf Oil,   80 William St Ste 400,    Wellesley Hills, MA 02481-3705
9482902        Gulf Oil,   PO Box 15410,   Amarillo, TX 79105-5410
9482905        Mercury Card/Fb&T/Tsys,    PO Box 84064,   Columbus, GA 31908-4064
9482906        Mercury/Fbt,   Attn: Bankruptcy,   PO Box 84064,   Columbus, GA 31908-4064
9482909        Pay Pal Credit,   PO Box 5018,   Timonium, MD 21094-5018
9482918        Tbom/milestone,   PO Box 4499,   Beaverton, OR 97076-4499
9482920        Wells Fargo Bank d/b/a America's Serv.Co,    3476 Stateview Blvd,    Fort Mill, SC 29715-7203
9518811       #+Wells Fargo Bank, N.A. as servicing agent for HSB,    c/o Woods Oviatt Gilman, LLP,
                700 Crossroads Building,   2 State Street,    Rochester, NY 14614-1313

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Jun 05 2019 18:56:40
                NYS Department of Taxation & Finance,   Bankruptcy Unit,    PO Box 5300,
                Albany, NY 12205-0300
smg           +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Jun 05 2019 18:55:34
                Office of the United States Trustee,   Eastern District of NY (Brooklyn Office),
                U.S. Federal Office Building,   201 Varick Street, Suite 1006,    New York, NY 10014-9449
9482890        EDI: CAPITALONE.COM Jun 05 2019 22:43:00     Capital One Bank USA N,    15000 Capital One Dr,
                Richmond, VA 23238-1119
9482889        EDI: CAPITALONE.COM Jun 05 2019 22:43:00     Capital One,   Attn: Bankruptcy,    PO Box 30285,
                Salt Lake City, UT 84130-0285
9482891        EDI: WFNNB.COM Jun 05 2019 22:43:00     Comenity Bank/Overstock,    Attn: Bankruptcy Dept,
                PO Box 182125,   Columbus, OH 43218-2125
9482892        EDI: WFNNB.COM Jun 05 2019 22:43:00     Comenitycb/overstock,    PO Box 182120,
                Columbus, OH 43218-2120
9482893        EDI: RCSFNBMARIN.COM Jun 05 2019 22:43:00     Credit One Bank,   ATTN: Bankruptcy,
                PO Box 98873,   Las Vegas, NV 89193-8873
9482894        EDI: RCSFNBMARIN.COM Jun 05 2019 22:43:00     Credit One Bank NA,    PO Box 98872,
                Las Vegas, NV 89193-8872
9482895        EDI: BLUESTEM Jun 05 2019 22:43:00     Fingerhut,   Attn: Bankruptcy,    PO Box 1250,
                Saint Cloud, MN 56395-1250
9482898        EDI: AMINFOFP.COM Jun 05 2019 22:43:00     First Premier Bank,    3820 N Louise Ave,
                Sioux Falls, SD 57107-0145
9482897        EDI: AMINFOFP.COM Jun 05 2019 22:43:00     First Premier Bank,    Attn: Bankruptcy,
                PO Box 5524,   Sioux Falls, SD 57117-5524
9482900        EDI: PHINGENESIS Jun 05 2019 22:43:00     Genesis Bankcard Services,    PO Box 4477,
                Beaverton, OR 97076-4401
9482903        E-mail/Text: bklcard@lendup.com Jun 05 2019 18:56:09     Lendup Card Services I,
                225 Bush St Ste 1100,   San Francisco, CA 94104-4250
9482904        E-mail/Text: bklcard@lendup.com Jun 05 2019 18:56:09     Lendup Card Services I,
                Attn: Bankruptcy, LendUp,   237 Kearny St # 197,    San Francisco, CA 94108-4502
9482908        E-mail/Text: bankruptcynotice@nymcu.org Jun 05 2019 18:55:56     Municipal Credit Union,
                185 Montague St,   Brooklyn, NY 11201-3600
9482907        E-mail/Text: bankruptcynotice@nymcu.org Jun 05 2019 18:55:56     Municipal Credit Union,
                PO Box 3205,   New York, NY 10007
9482911        EDI: RMSC.COM Jun 05 2019 22:43:00     Syncb/Care Credit,   C/o,    PO Box 965036,
                Orlando, FL 32896-5036
9482910        EDI: RMSC.COM Jun 05 2019 22:43:00     Syncb/amazon,   PO Box 965015,    Orlando, FL 32896-5015
9482912        EDI: RMSC.COM Jun 05 2019 22:43:00     Syncb/paypal Extras Mc,    PO Box 965005,
                Orlando, FL 32896-5005
9482913        EDI: RMSC.COM Jun 05 2019 22:43:00     Syncb/tjx Cos,   PO Box 965015,
                Orlando, FL 32896-5015
9482914        EDI: RMSC.COM Jun 05 2019 22:43:00     Synchrony Bank/Amazon,    Attn: Bankruptcy Dept,
                PO Box 965060,   Orlando, FL 32896-5060
9482915        EDI: RMSC.COM Jun 05 2019 22:43:00     Synchrony Bank/Care Credit,    Attn: Bankruptcy Dept,
                PO Box 965061,   Orlando, FL 32896-5061
9482916        EDI: RMSC.COM Jun 05 2019 22:43:00     Synchrony Bank/Gap,   Attn: Bankruptcy Dept,
                PO Box 965060,   Orlando, FL 32896-5060
9482917        EDI: RMSC.COM Jun 05 2019 22:43:00     Synchrony Bank/Tjx,   Attn: Bankruptcy Dept,
                PO Box 965060,   Orlando, FL 32896-5060
9482919        EDI: BLUESTEM Jun 05 2019 22:43:00     Webbank/fingerhut,   6250 Ridgewood Rd,
                Saint Cloud, MN 56303-0820
                                                                                               TOTAL: 25

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

```
District/off: 0207-1          User: admin              Page 2 of 2              Date Rcvd: Jun 05, 2019
                              Form ID: 318DF7          Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2019 at the address(es) listed below:
              Alan    Nisselson    anisselson@windelsmarx.com,
               theston@windelsmarx.com;mcorwin@windelsmarx.com;n159@ecfcbis.com
              Aleksandra Krasimirova Fugate    on behalf of Creditor   Wells Fargo Bank, N.A. as servicing agent
               for  HSBC Bank USA, National Association as Trustee for Nomura Asset AcceptanceCorporation,
               Mortgage Pass-Through Certificates, Series 2006-AF1 afugate@woodsoviatt.com,
               bkinbox@woodsoviatt.com
              Kevin    Zazzera    on behalf of Debtor Kathleen   D'Avonzo kzazz007@yahoo.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
                                                                                            TOTAL: 4
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Kathleen D'Avonzo** | Social Security number or ITIN **xxx−xx−6948** |
| | First Name    Middle Name    Last Name | EIN _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of New York** | | |
| Case number:  **1−19−41107−cec** | | |

# Order of Discharge and Final Decree

**Revised: 12/15**

**IT IS ORDERED:**

A discharge under 11 U.S.C. § 727 is granted to:

    Kathleen D'Avonzo

**IT IS FURTHER ORDERED**:

- Alan Nisselson (Trustee) is discharged as trustee of the estate of the above−named debtor(s) and the bond is cancelled.

- The Chapter 7 case of the above−named debtor(s) is closed.

**BY THE COURT**

Dated: June 5, 2019

s/ Carla E. Craig
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

**EXPLANATION OF BANKRUPTCY DISCHARGE**
**IN A CHAPTER 7 CASE**

This court order grants a discharge to the person(s) named as the debtor(s). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor(s) a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor(s). A creditor who violates this order can be required to pay damages and attorney's fees to the debtor(s).

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts That are Not Discharged

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts;

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**